# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **GOOD SPORTSMAN MARKETING, LLC** <br> *Plaintiff*, | § <br> § <br> § <br> § | |
| **vs.** | § <br> § | **CASE NO.  4:23-cv-3243** |
| **RUGGED CROSS HUNTING BLINDS, LLC,** | § <br> § <br> § <br> § | |
| *Defendant*. | § <br> § | |
| | § | **JURY DEMANDED** |

**[PROPOSED] AMENDED PATENT CASE SCHEDULING ORDER**

It is hereby **ORDERED** that the following schedule and the Rules of Practice for Patent Cases in the Southern District of Texas will apply in this case:

| AMENDED DATE | DESCRIPTION |
|---|---|
| *Markman* Ruling 11/13/25 | **Court's Decision on Claim Construction (*Markman* Ruling)** |
| [4 weeks after *Markman* Ruling (# 14)] 12/11/25 | **DEADLINE FOR FINAL INFRINGEMENT CONTENTIONS AND TO AMEND PLEADINGS ON INFRINGEMENT CLAIMS** <br> **NOTE**: Except as provided in P.R. 3-6, if the amendment would affect preliminary or final infringement contentions, a motion must be made under P.R. 3-7 irrespective of whether the amendment is made before this deadline. |
| [1 week after # 15] 12/18/2025 | **PRIVILEGE LOGS/WILLFULNESS** <br> Comply with P.R.3-8 <br> All parties furnish privilege logs by this date. |

1

| AMENDED DATE | DESCRIPTION |
|---|---|
| [2 weeks after # 15] 12/26/2025 <br><br> 17 | **DEADLINE FOR FINAL INVALIDITY CONTENTIONS AND TO AMEND PLEADINGS ON INVALIDITY CLAIMS.** <br> **NOTE**: Except as provided in P.R. 3-6, if the amendment would affect preliminary or final invalidity contentions, a motion must be made under P.R. 3-7 irrespective of whether the amendment is made before this deadline. |
| [5 weeks after #17] 1/30/2026 <br><br> 18 | **COMPLETION OF FACT DISCOVERY** <br> Written discovery requests are NOT timely if they are served so close to this deadline that under the Fed. R. Civ. P. the response would not be due until after this deadline. |
| [7 weeks after # 17] 2/13/2026 <br><br> 19 | **DESIGNATION OF EXPERTS AND REQUIRED REPORTS OTHER THAN CLAIM CONSTRUCTION AND ATTORNEYS' FEES** <br> Party with burden of proof ("BOP") on non-construction and fees issues shall comply with Fed. R. Civ. P. 26(a)(2)(A-C). |
| [4 weeks after # 19] 3/13/2026 <br><br> 20 | **DESIGNATION OF RESPONSIVE EXPERTS AND REQUIRED REPORTS** <br> Party not having BOP on non-construction and fees issues shall comply with Fed. R. Civ. P. 26(a)(2)(A-C). |
| [4 weeks after # 20] 4/10/2026 <br><br> 21 | **COMPLETION OF EXPERT DISCOVERY** |
| [4+ weeks after # 21] 5/8/2026 <br><br> 22 | **DISPOSITIVE AND NON-DISPOSITIVE MOTIONS DEADLINES (INCLUDING *DAUBERT* MOTIONS)** |
| [at least 2 weeks before Docket Call] 7/27/2026 <br><br> 23 | **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE -** The Joint Pretrial Order will contain the pretrial disclosures required by Fed. R. Civ. P. Rule 26(a)(3), Local Rules and this Court's procedures. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules. |

| AMENDED DATE | DESCRIPTION |
|---|---|
| [3 month after #22]<br>8/10/2026<br><br>24 | **DOCKET CALL/ FINAL PRETRIAL CONFERENCE**<br>at the United States District Court, Courtroom _____, Houston, Texas. |
| **MEDIATION is REQUIRED prior to Docket Call**, [at least 1 week before #24]<br><br>8/3/2026 | **MEDIATION TO BE COMPLETED BY THIS DATE -** The parties must select a mediator for this case. The parties and mediator must comply with S.D. TEXAS LOCAL RULE 16. |
| TBD | **JURY SELECTION AND TRIAL** commences, subject to Court's criminal docket |

SIGNED at Houston, Texas, this _____ day of _____, 2025.


_____
HON. GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

3