IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

GOOD SPORTSMAN § 
MARKETING, L.L.C. §
      *Plaintiff,* §
§
   vs. §      CASE NO. 4:23-cv-3243
§
RUGGED CROSS HUNTING §
BLINDS, L.L.C. §
      *Defendant.* §

**PLAINTIFF'S MOTION TO FILE UNDER SEAL PLAINTIFF'S MOTION
TO ENFORCE SETTLEMENT, DECLARATION OF
J. DAVID CABELLO, AND EXHIBITS TO SAME**

Pursuant to Rule 6.C.7. of the Court's procedures, Plaintiff Good Sportsman

Marketing LLC ("GSM") requests to seal its Motion to Enforce Settlement (the "Motion"),

as well as the Declaration of J. David Cabello (the "Declaration") filed in support of the

Motion and the exhibits to same.

GSM has reviewed the Fifth Circuit's decision in *Binh Hoa Le v. Exeter Fin. Corp.*,

990 F.3d 410 (5th Cir. 2021) and believes the limited proposed redactions requested herein

are in accord with that decision. *Le* underscores how the public's right of access to judicial

records is of fundamental importance to the legitimacy of the judicial branch. *Id.* at 418-

419. *Le* held that courts "should be ungenerous with their discretion to seal judicial

records," but that "litigants sometime have good reasons to file documents (or portions of

them) under seal, such as protective trade secrets or the identities of confidential

informants." *Id.* Thus, when requesting sealing, litigants must explain the basis for sealing

information with sufficient detail to allow courts to undertake a "document-by-document"

and "line-by-line" analysis of the material to be sealed, and balance "'the public's common law right of access against the interests favoring nondisclosure.'" *Id.* at 419 (quoting *United States v. Sealed Search Warrants*, 868 F.3d 385, 390 (5th Cir. 2017)).

Here, GSM only requests the sealing of very limited portions of the Motion, Declaration, and exhibits, via redactions. Specifically, GSM seeks to seal the monetary figures offered by both GSM and Defendant Rugged Cross Hunting Blinds LLC ("RCHB") during settlement negotiations, as well as the final settlement number agreed upon, and RCHB's wiring information.  *See Erfindergemeinschaft Uropep GbR v. Eli Lilly & Co.*, No. 2:15-CV-1202-WCB, 2017 U.S. Dist. LEXIS 14099, at *7 (E.D. Tex. Feb. 1, 2017) (recognizing "parties' strong interest in keeping their detailed financial information sealed and the public's relatively minimal interest in this particular information") (quoting *Apple Inc. v. Samsung Elecs. Co., Ltd.*, 727 F.3d 1214, 1225-26 (Fed. Cir. 2013)).  The proposed redactions are highlighted in the attached exhibits for the Court's convenience.

GSM only requests the sealing of a small portion of information, which is not at all essential for deciding the merits of the Motion. *See Kbent. LLC v. First Co.*, No. 3:24-CV-1061-S, 2025 U.S. Dist. LEXIS 36628, at *4 (N.D. Tex. 2025) (permitting sealing of an exhibit that "does not appear to be essential to deciding the merits of the [motion]."). Thus, *Le*'s strict balancing test permits the filing under seal of the dollar amounts offered by the parties in their settlement discussions.

Attached to this Motion as sealed exhibits are:

 (a) Exhibit 1: The **Motion**, with redacted portions requested to be sealed;

(b) Exhibit 2:  The **Declaration**, with redacted portions requested to be sealed; and

2

(c) Exhibits 3-4: **Exhibits A-B**, GSM's and RCHB's emails dated May 1, 2026, to

May 4, 2026, with redacted portions requested to be sealed.

Accordingly, GSM respectfully requests that the Court GRANT this motion.

DATED this 8th day of May, 2026.

Respectfully submitted,

*/s/ J. David Cabello*
J. David Cabello
*Attorney-in-charge*
Texas Bar No. 03574500
S.D. Texas I.D. No. 3514
Email: David@CHZFirm.com
James H. Hall
Texas Bar No. 24041040
S.D. Texas I.D. No. 36,904
Email: James@CHZFirm.com
Stephen Zinda
Texas Bar No. 24084147
S.D. Texas I.D. No. 1,692,382
Email: Stephen@CHZFirm.com
Munira A. Jesani
Texas Bar No. 24101967
S.D. Texas I.D. No. 3,019,538
Email: MJesani@CHZFirm.com
CABELLO HALL ZINDA, PLLC
801 Travis Street, Suite 1610
Houston, TX 77002
Tel.: 832.631.9990
Fax: 832.631.9991

*Attorneys for Plaintiff, Good Sportsman*
*Marketing, LLC*

## CERTIFICATE OF SERVICE

3

**Error! Unknown document property name.**

4

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system, including per Local Rule CV-5.1, this 8th day of May, 2026.

/s/ John Watkins
John Watkins
Paralegal


## CERTIFICATE OF CONFERENCE

Pursuant to Fed. R. Civ. P. 37(a)(1) and the Court's local rules, I certify that a conference was held on May 8, 2026 with Robert Wolter regarding the merits of this motion. The opposing party does not oppose the motion.

/s/ J. David Cabello
J. David Cabello

4

**Error! Unknown document property name.**