# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GOOD SPORTSMAN MARKETING, L.L.C. | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| vs. | § | CASE NO. 4:23-cv-3243 |
| | § | |
| RUGGED CROSS HUNTING BLINDS, L.L.C. | § | |
| | § | |
| *Defendant.* | § | |

## <u>DECLARATION OF J. DAVID CABELLO</u>

I, J. David Cabello, verify and declare as follows:

1. My name is J. David Cabello.  I am over the age of eighteen and of sound mind and body and fully competent in all respects to make this declaration. I have personal knowledge of all facts stated herein and all such facts are true and correct to the best of my knowledge.

2. I am a partner with the law firm Cabello Hall Zinda, PLLC and am duly licensed to practice law in the State of Texas.  I am the attorney-in-charge on behalf of Plaintiff Good Sportsman Marketing, LLC ("GSM") in the above-captioned lawsuit.

3. I provide this declaration in support of GSM's Motion to Enforce Settlement.

4. The parties most recently began settlement negotiations on April 23, 2026 pursuant to a phone conversation during which RCHB's counsel made an offer to GSM's counsel.  Since there had been some misunderstanding in the past, that offer was reduced to writing in GSM's counsel's email to RCHB's counsel dated April 24, 2026 with a specific request that RCHB's counsel correct any misunderstanding of the verbal offer.  No correction was made.

5. Attached as Exhibit **A** is a true and correct copy of my email to RCHB's counsel dated May 1, 2026,

1

6. Attached as **Exhibit B** is a true and correct copy of RCHB's email of May 1, 2026,

7. Attached as **Exhibit C** is a true and correct copy RCHB's email of May 4, 2026, and

8. Attached as **Exhibit D** is a true and correct copy RCHB's email of May 4, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this May 8, 2026.

_____

J. David Cabello

2