IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GOOD SPORTSMAN MARKETING, L.L.C. | § § | |
| *Plaintiff*, | § § | |
| vs. | § § | CASE NO. 4:23-cv-3243 |
| RUGGED CROSS HUNTING BLINDS, L.L.C. | § § § | |
| *Defendant*. | § | |

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT, DECLARATION OF J. DAVID CABELLO, AND EXHIBITS TO SAME**

Upon consideration of Plaintiff Good Sportsman Marketing, L.L.C.'s Motion to File Under Seal Plaintiff's Motion to Enforce Settlement, Declaration of J. David Cabello, and Exhibits to Same, the Court finds that the redactions are consistent with the guidance in Fifth Circuit's decision in *Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410 (5th Cir. 2021).

Accordingly, Plaintiff's Motion to Seal should be, and is hereby, **GRANTED**.

Signed on _____ _____, 2026

_____
George C. Hanks, Jr.
United States District Judge