# EXHIBIT D

## Filed Publicly

**John Watkins**

| | |
|---|---|
| **From:** | Robert  Wolter <rwolter@Savvyiplaw.com> |
| **Sent:** | Monday, May 4, 2026 2:21 PM |
| **To:** | James Hall; David Cabello |
| **Cc:** | John Edmonds; Amber Davis; Barbie Mahan; John Watkins |
| **Subject:** | RE: [External] GSM v. RCHB; Motion to Vacate |

David and James,

There may have been a misunderstanding.  What we are proposing is that the settlement be conditioned on the Court granting the motion to vacate.  RCHB is proposing that the parties, after agreeing to the terms of the settlement agreement, file the motion to vacate.  In addition, we follow that motion with the case status letter to get this before Judge Hanks sooner than later.  If the court grants the motion the case is finally resolved.


Best regards,


**Robert L. Wolter**
Partner | Registered Patent Attorney
Wolter Van Dyke Davis, PLLC
1900 Summit Tower Blvd, Suite 140
Orlando, FL 32810
(407) 926-7700 **Office**
(407) 926-7706 **Direct**
rwolter@savvyIPLaw.com



*IRS Circular 230 disclosure: To insure compliance with requirements imposed by the IRS, we inform you that any U.S. Federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.*

*The information in this email is intended solely for the use of the individual to whom it is addressed.  This message may be an attorney-client communication and may contain information that is privileged, confidential, subject to Federal Rule of Evidence 408, or otherwise exempt from disclosure under applicable law. Recipients should not file copies of this email with publicly accessible records. If the reader of this email is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (407) 926-7706 or email (rwolter@savvyIPLaw.com), and delete the original message and any copies made. Thank You.*

**From:** James Hall <james@chzfirm.com>
**Sent:** Monday, May 4, 2026 1:35 PM

1

**To:** Robert Wolter <rwolter@Savvyiplaw.com>; David Cabello <david@chzfirm.com>
**Cc:** John Edmonds <jedmonds@ip-lit.com>; Amber Davis <adavis@Savvyiplaw.com>; Barbie Mahan <bmahan@Savvyiplaw.com>; John Watkins <jwatkins@chzfirm.com>
**Subject:** RE: GSM v. RCHB; Motion to Vacate

Robert, we have prepared a draft and our client is reviewing. I expect we will send something soon but haven't discussed with him today. One big question that I noticed when I read the first paragraph of your draft motion—it states that the case will continue if the Court denies the motion. That wasn't my understanding of the emails that I saw go back and forth—the agreed settlement was contingent on the parties agreeing to file the motion, not on the Court's decision on the motion. We were planning to address this in the draft settlement agreement by including a delay between the motion for vacatur and the motion/stipulation of dismissal. Please confirm your understanding so we're all on the same page.

---

**From:** Robert Wolter <rwolter@Savvyiplaw.com>
**Sent:** Monday, May 4, 2026 12:23 PM
**To:** David Cabello <david@chzfirm.com>; James Hall <james@chzfirm.com>
**Cc:** John Edmonds <jedmonds@ip-lit.com>; Amber Davis <adavis@Savvyiplaw.com>; Barbie Mahan <bmahan@Savvyiplaw.com>; John Watkins <jwatkins@chzfirm.com>
**Subject:** [External] GSM v. RCHB; Motion to Vacate

David and James,

Attached is a draft motion to vacate.  Please provide comments/edits.  Please provide an update on the settlement agreement.

Best regards,


**Robert L. Wolter**
**Partner | Registered Patent Attorney**
Wolter Van Dyke Davis, PLLC
1900 Summit Tower Blvd, Suite 140
Orlando, FL 32810
(407) 926-7700 **Office**
(407) 926-7706 **Direct**
rwolter@savvyIPLaw.com



*IRS Circular 230 disclosure: To insure compliance with requirements imposed by the IRS, we inform you that any U.S. Federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.*

*The information in this email is intended solely for the use of the individual to whom it is addressed.  This message may be an attorney-client communication and may contain information that is privileged, confidential, subject to Federal Rule of Evidence 408, or otherwise exempt from disclosure under applicable law. Recipients should not file copies of this email with publicly accessible records. If the reader of this email is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly*

*prohibited. If you have received this communication in error, please immediately notify us by telephone at (407) 926-7706 or email (rwolter@savvyIPLaw.com), and delete the original message and any copies made. Thank You.*

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

3