IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

GOOD SPORTSMAN §
MARKETING, L.L.C. §
    *Plaintiff*, §
 §
 §
vs. § CASE NO. 4:23-cv-3243
 §
RUGGED CROSS HUNTING §
BLINDS, L.L.C. §
    *Defendant*. §

**ORDER GRANTING JOINT MOTION FOR VACATUR OF *MARKMAN*
RULING AND TAKING UNDER ADVISEMENT PLAINTIFF GOOD
SPORTSMAN MARKETING LLC'S REQUEST FOR ATTORNEY'S FEES
PURSUANT TO ITS MOTION TO ENFORCE SETTLMENT**

On this day, the Court, having considered the parties' Joint Motion for Vacatur of *Markman* Ruling (the "Motion for Vacatur," Dkt. 91-1 at p. 4) and Plaintiff Good Sportsman Marketing LLC's Motion to Enforce Settlement (the "Motion to Enforce," Dkt. 90), the Court finds that the Joint Motion for Vacatur should be **GRANTED**.  The Court further finds that the Motion to Enforce is taken under **ADVISEMENT** with respect to Plaintiff's request for attorney's fees.

Accordingly, this Court's Memorandum Opinion on Claim Construction (Dkt. 78) should be, and is hereby, **VACATED**.

Signed on _____ _____, 2026

_____
George C. Hanks, Jr.
United States District Judge